UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS FRY, and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXELON CORPORATION CASH BALANCE )<br>PENSION PLAN, )<br>)<br>Defendant. ) | Cause No: 06-cv-3723<br><br>Hon. William T. Hart<br><br>CLASS ACTION |

DOCKETING STATEMENT PURSUANT TO RULE 3(c) OF THE CIRCUIT RULES
OF THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

In his Complaint, Plaintiff alleges violations of the Employee Retirement Income Security Act of 1974 ("ERISA"), the Internal Revenue Code ("IRC") and implementing Treasury Regulations, specifically ERISA §§ 203(e) and 205(g), 29 U.S.C. §§ 1053(e) and 1055(g), and IRC § 417(e), 26 U.S.C. § 417(e) as implemented by Treas. Reg. § 1.417(e)-1(d), 26 C.F.R. § 1.417(e)-1(d), and ERISA § 203(a), 29 U.S.C. § 1053(a) and IRC § 411(a), 26 U.S.C. § 411(a), as implemented by Treas. Reg. § 1.411(a)-4 and 4T, 26 C.F.R. § 1.411(a)-4 and 4T. The District Court therefore had federal question jurisdiction under 28 U.S.C. § 1331 and ERISA § 502(e)(1), 29 U.S.C. §1132(e)(1).

The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction under 28 U.S.C. § 1291, as this is an appeal from a final decision of a district court of the United States, adjudicating all claims with respect to all parties. The District Court entered judgment on September 5, 2007. Plaintiff filed a Motion to Alter or Amend Judgment Pursuant to Fed. R.

Civ. P. 59(e) on September 17, 2007. The District Court granted Plaintiff's Motion to Alter or Amend in part and denied it in part on December 27, 2007 and entered final judgment that same date. Plaintiff files simultaneously herewith his Notice of Appeal pursuant to Fed. R. App. P. 4(a)(4)(A)(iv) on January 16, 2008.

Pursuant to Rule 3(d) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, Plaintiff hereby designates Douglas R. Sprong as counsel of record for this appeal.

/s/ Douglas R. Sprong
Douglas R. Sprong, #6202898
Korein Tillery LLC
505 N. 7th Street, Ste. 3600
St. Louis, MO 63101
(314) 241-4844
(314) 241-3525 (facsimile)
dsprong@koreintillery.com

George A. Zelcs, #3123738
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601-4269
(312) 641-9750
(312) 641-9751 (facsimile)
gzelcs@koreintillery.com

William K. Carr
Law Offices of William K. Carr
2222 E. Tennessee Avenue
Denver, CO 80209
(303) 296-6383
(303) 296-6652 (facsimile)
Bill@pension-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2008, I caused copies of the foregoing Motion to be served on the following counsel via the Court's Electronic Case Filing System:

Anne E. Rea
William F. Conlon
Eric Stephen Mattson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

                                              /s/ Douglas R. Sprong